ACCEPTED
03-16-00563-CV
12917084
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 10:11:03 AM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00563-CV

**IN THE THIRD COURT OF APPEALS,**
**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 10:11:03 AM
JEFFREY D. KYLE
Clerk

**BILLY WAYNE BASKETT,**

**APPELLANT**

**V.**

**LINNET SUE BASKETT,**

**APPELLEE**

## NOTICE OF APPEARANCE AND
## DESIGNATION OF LEAD COUNSEL

**TO THE HONORABLE COURT OF APPEALS:**

Jimmy Vaught and the Vaught Law Firm, P.C., 5929 Balcones Drive, Suite 201, Austin, Texas 78731, hereby enters this Notice of Appearance for LINNET SUE BASKETT.

JoAl Cannon Sheridan was trial counsel when this case was tried in County Court at Law Number 4, Williamson County, Texas.

Appellee LINNET SUE BASKETT, under Rule 6.1(c) of the Texas Rules of

Appellate Procedure, designates Jimmy Vaught and the Vaught Law Firm, P.C. as her lead counsel for this appeal.

For these reasons, LINNET SUE BASKETT asks the Court to instruct the clerk to change the record to reflect that Jimmy Vaught and the Vaught Law Firm, P.C. are lead counsel for her in this case on appeal.

Respectfully submitted,

VAUGHT LAW FIRM, P.C.
5929 Balcones Drive, Suite 201
Austin, Texas 78731
(512) 342-9980
(512) 610-9980 Fax

By: _____
James A. Vaught
State Bar No. 20526300
jimmy@vaughtlawfirm.com

Leigh de la Reza
State Bar No. 24037879
leigh@vaughtlawfirm.com

Lisa Stewart
State Bar No. 24029851
lisa@vaughtlawfirm.com

ATTORNEYS FOR APPELLEE
LINNET SUE BASKETT

AGREED:

Ausley, Algert, Robertson & Flores, L.L.P.
3307 Northland Drive, Suite 420
Austin, Texas 78731
(512) 454-8791
(512) 454-9091 Fax

By: _____
JoAl Cannon Sheridan
State Bar No. 00783784
jsheridan@ausley-algert.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on opposing counsel, Mr. Justin Jackson, Jackson Law Firm, 1460 E. Whitestone Blvd., Suite 140, Cedar Park, Texas 78613, *via* E-Service or facsimile to: (866) 929-2838 on the _____ day of September, 2016.

_____
James A. Vaught